# Court of Appeals
# of the State of Georgia

ATLANTA,   July 09, 2014

*The Court of Appeals hereby passes the following order:*

## A14D0399. WILLIAM H. COFFER, JR. v. RENEE L. PITZER f/k/a RENEE L. COFFER

Renee Pitzer, formerly known as Renee Coffer, and William Coffer divorced in 1994. In 2002, the trial court entered an order of contempt against William Coffer for failure to pay court-ordered alimony. In 2014, William Coffer filed a petition for declaratory judgement seeking relief from his obligation to pay alimony. The trial court dismissed his petition, and Coffer filed this application for discretionary appeal. We lack jurisdiction.

The Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6); see *Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004); see also *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008). Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/09/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*